THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Tony Leonard, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
 Judge
Memorandum Opinion No.  2009-MO-033
Submitted June 24, 2009  Filed June 29,
 2009  
REVERSED

 
 
 
 C. Rauch
 Wise, of Greenwood, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, Assistant Attorney General Brian T.
 Petrano, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted Tony Leonards petition to
 review an order denying post-conviction relief (PCR) and now reverse, finding
 no evidence in the record to support the PCR courts denial of relief.  Sellers
 v. State, 362 S.C. 182, 187-88, 607 S.E.2d 82, 84-85 (2005) (setting forth
 the analytical framework for establishing ineffective assistance of counsel and
 noting that when no probative evidence supports the PCR courts ruling it
 will not be upheld).
REVERSED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.